KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
E-mail: jmyers@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Pro Bono Counsel for Defendant/Counter-plaintiff
Sunni Almond*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN ROSS-NASH, an individual<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUNNI ALMOND, an individual<br><br>　　　　　　　Defendant.<br><br>―――――――――――<br><br>SUNNI ALMOND, an individual<br><br>　　　　　　　Counter-plaintiff,<br><br>　v.<br><br>KATHRYN ROSS-NASH, an individual<br><br>　　　　　　　Counter-defendant. | CASE NO.: 2:19-cv-00957-APG-NJK<br><br>**STIPULATION AND ORDER<br>TO ALLOW DEFENDANT TO FILE AN<br>AMENDED ANSWER AND COUNTER-<br>CLAIM** |

　　IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff/Counter-defendant KATHRYN ROSS-NASH ("Plaintiff"), by and through her counsel of record, the Law Offices of Philip A. Kantor, P.C. and the law firm of Sklar Williams PLLC, and Defendant/Counter-plaintiff SUNNI ALMOND ("Defendant"), by and through her counsel of record, the law firm of Holley Driggs Walch Fine Puzey Stein & Thompson, for an order that Defendant is allowed to amend her Answer and Counter-claims [ECF No. 6]. Plaintiff

consents to Defendant filing the amended Answer and Counter-claims to the Complaint within 14 days of entry of this Order.

This Stipulation is based upon Defendant's initial filing of her Answer and Counter-claims as a *pro se* litigant and her subsequent retention of the law firm of Holley Driggs Walch Fine Puzey Stein and Thompson as *pro bono* counsel. As a result of these events, the parties agreed to this Stipulation in an attempt to streamline this action and reduce the need for motion practice.

**IT IS SO STIPULATED.**

| SKLAR WILLIAMS PLLC | HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON |
|---|---|
| By: /s/ David B. Barney<br>David B. Barney, Esq.<br>Nevada Bar No. 14681<br>410 S. Rampart Blvd., Suite 350<br>Las Vegas, NV 89145<br>Tel: (702) 360-6000<br>Fax: (702) 360-0000<br><br>Philip A. Kantor, Esq.<br>Law Offices of Philip A. Kantor, P.C.<br>1781 Village Center Circle, Suite 120<br>Las Vegas, NV 89134<br>Tel: (702) 255-1300<br>Fax: (702) 256-6331<br>*Attorneys for Plaintiff/Counter-defendant Kathryn Ross-Nash* | By: /s/ Joanna M. Myers<br>Kristol Bradley Ginapp, Esq.<br>Nevada Bar No. 8468<br>Joanna M. Myers, Esq.<br>Nevada Bar No. 12048<br>400 S. 4th St., Third Floor<br>Las Vegas, NV 89101<br>Tel: (702) 791-0308<br>Fax: (702) 791-1912 Attorney for<br>*Attorney for Defendant/Counter-plaintiff Sunni Almond* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: October 4, 2019

- 2 -