Philip A. Kantor, Esq.
Nevada Bar #6701
Law Offices of Philip A. Kantor, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Telephone:    (702) 255-1300
Facsimile:    (702) 256-6331
Email:        prsak@aya.yale.edu

David B. Barney, Esq.
Nevada Bar #14681
Sklar Williams PLLC
410 S. Rampart Blvd., Suite 350
Las Vegas, NV 89145
Telephone:    (702) 360-6000
Facsimile:    (702) 360-0000
Email:        dbarney@sklar-law.com

*Attorneys for Plaintiff/Counter-defendant*
*Kathryn Ross-Nash*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN ROSS-NASH, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>SUNNI ALMOND, an individual,<br><br>      Defendant.<br>_____ | Case No. 2:19-cv-00957-APG-NJK<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR EXTENTION OF TIME**<br>**TO ANSWER OR RESPOND TO**<br>**COUNTERCLAIM**<br><br>**FIRST REQUEST** |
| SUNNI ALMOND, an individual,<br><br>      Counter-plaintiff,<br><br>      vs.<br><br>KATHRYN ROSS-NASH, an individual,<br><br>      Counter-defendant<br>_____ | |

1

Plaintiff/Counter-Defendant KATHRYN ROSS-NASH ("Ross-Nash"), by and through her counsel of record, the Law Offices of Philip A. Kantor, P.C., and the law firm of Sklar Williams PLLC; and Defendant/Counter-Plaintiff SUNNI ALMOND ("Almond"), by and through her counsel of record, the law firm of Holley Driggs, Walch, Fine, Puzey, Stein & Thompson, hereby stipulate and agree to the following:

1.     Almond filed her First Amended Answer to Plaintiff's Complaint and Counterclaims [ECF No. 19] on October 18, 2019.

2.     The current deadline for Ross-Nash to respond to Almond's Counterclaims is November 1, 2019.

3.     The parties hereby stipulate and agree that the deadline for Ross-Nash to answer or respond to the Counterclaims shall be extended by fourteen (14) days, until November 15, 2019.

4.     This is the first request for an extension of this deadline. The request is also being made prior to the deadline for Ross-Nash to file the response to Almond's Counterclaims.

5.     This stipulation is made in good faith and is not sought for delay of the Court proceedings or any improper purpose. This short extension is necessary due to counsel's trial schedule.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6.   Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for Ross-Nash to answer or otherwise respond to Almond's Counterclaims up to and including November 15, 2019.

**IT IS SO STIPULATED.**

**SKLAR WILLIAMS PLLC**

By: /s/ David B. Barney
    David B. Barney, Esq.
    Nevada Bar No. 14681
    410 S. Rampart Blvd., Suite 350
    Las Vegas, NV 89145
    Tel:  (702) 360-6000
    Fax: (702) 360-0000

    Philip A. Kantor, Esq.
    Law Offices of Philip A. Kantor, P.C.
    1781 Village Center Circle, Suite 120
    Las Vegas, NV 89134
    Tel: (702) 255-1300
    Fax: (702) 256-6331

*Attorneys for Plaintiff/Counter-defendant*
*Kathryn Ross-Nash*

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

By: /s/ Joanna M. Myers
    Kristol Bradley Ginapp, Esq.
    Nevada Bar No. 8468
    Joanna M. Myers, Esq.
    Nevada Bar No. 12048
    400 S. 4th St., Third Floor
    Las Vegas, NV 89101
    Tel: (702) 791-0308
    Fax: (702) 791-1912

*Attorney for Defendant/*
*Counter-Plaintiff Sunni Almond*

**ORDER**

IT IS SO ORDERED.

DATED: November 1, 2019

_____
United States Magistrate Judge

3