# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN ROSS-NASH,<br>    Plaintiff(s),<br>v.<br>SUNNI ALMOND,<br>    Defendant(s). | Case No.: 2:19-cv-00957-APG-NJK<br><br>**Order**<br><br>[Docket No. 34] |

Plaintiff filed notice of an intent to serve a subpoena. Docket No. 34. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: January 15, 2020

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge