KRISTOL BRADLEY GINAPP, ESQ. (NBN 8468)
Email: kginapp@nevadafirm.com
JOANNA M. MYERS, ESQ. (NBN 12048)
Email: jmyers@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308

NATHAN E. LAWRENCE, ESQ. (NBN 15060)
Email: nlawrence@vegascase.com
GALLIAN WELKER & BECKSTROM, L.C.
540 East St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500

*Attorneys for Defendant and Counter-Plaintiff Sunni Almond*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN ROSS-NASH, an individual,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>SUNNI ALMOND, an individual,<br><br>Defendant/Counter-Plaintiff. | Case No.:   2:19-cv-00957-APG-NJK<br><br>**STIPULATION AND ORDER EXTEND THE TIME TO FILE A RESPONSE TO PLAINTIFF/COUNTER-DEFENDANT KATHRYN ROSS-NASH'S MOTION FOR ATTORNEY FEES AND COSTS (ECF 72)** |

      Plaintiff/Counter-Defendant Kathryn Ross-Nash ("Ross-Nash"), by and through her attorneys, the Law Offices of Philip A. Kantor, P.C., and the law firm of Sklar Williams PLLC, and Defendant/Counter-Plaintiff, Sunni Almond ("Almond"), by and through her counsel of record, the law firms of Holley Driggs and Gallian Welker & Beckstrom, L.C., hereby submit this Stipulation and Order to Extend the Time to File a Response to Plaintiff/Counter-Defendant Ross-Nash's Motion for Attorney Fees and Costs [ECF 72].

      On January 11, 2021, Ross-Nash Filed her Motion for Attorney Fees and Costs [ECF 72], a Motion for Statutory Damages [ECF 70], and a Motion to Certify Judgment [ECF 71]. The responses to all three motions are due January 25, 2021.

Good cause exists for this extension due to the factual and legal complexity of the three motions filed and counsel for Almond's litigation schedule. Accordingly, the Parties agree to extend the deadline for Almond to respond to Ross-Nash's Motion for Attorney Fees and Costs to Wednesday, January 27, 2021.

WHEREFORE, good cause existing, the Parties hereby stipulate and request that the Court enter an Order approving the extension for Almond to respond to Ross-Nash's Motion for Attorneys Fee and Costs as set forth above.

**IT IS SO STIPULATED.**

| **SKLAR WILLIAMS PLLC** | **HOLLEY DRIGGS** |
|---|---|
| */s/ David B. Barney* | */s/ Joanna M. Myers* |
| David B. Barney, Esq. | Kristol Bradley Ginapp, Esq. |
| Nevada Bar No. 14681 | Nevada Bar No. 8468 |
| 410 S. Rampart Blvd., Suite 350 | Joanna M. Myers, Esq. |
| Las Vegas, NV 89145 | Nevada Bar No. 12048 |
| Tel: (702) 360-6000 | 400 S. 4th St., Third Floor |
| Fax: (702) 360-0000 | Las Vegas, NV 89101 |
|  | Tel: (702) 791-0308 |
| Philip A. Kantor, Esq. | Fax: (702) 791-1912 |
| Law Offices of Philip A. Kantor, P.C. |  |
| 1781 Village Center Circle, Suite 120 | GALLIAN WELKER & BECKSTROM, L.C. |
| Las Vegas, NV 89134 | Nathan E. Lawrence, Esq. |
| Tel: (702) 255-1300 | Nevada Bar No. 15060 |
| Fax: (702) 256-6331 | 540 East St. Louis Avenue |
| *Attorneys for Plaintiff/Counter-Defendant* | Las Vegas, Nevada 89104 |
| *Kathryn Ross-Nash* | Tel: (702) 892-3500 |
|  | *Attorneys for Defendant/Counter-Plaintiff* |
|  | *Sunni Almond* |

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 25, 2021

_____
UNITED STATES DISTRICT JUDGE

- 2 -